IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THADDEUS J. GREZIK,

    Plaintiff,

v.   CASE NO. 1:08-cv-00001-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner of Social Security be affirmed. The Magistrate issued the Report on Friday, September 12, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, neither party has filed an objection, and the time to do so has passed. This matter is therefore in posture for decision.

Plaintiff has raised three arguments to support a finding of error by the Administrative Law Judge ("ALJ"). First, Plaintiff argues that there exists no substantial evidence to support a finding that Plaintiff's testimony regarding his disability was not credible. Second, Plaintiff argues that the ALJ committed error by not giving substantial weight to the opinion of Dr. Kemp, whom Plaintiff characterizes as a treating physician. Finally, Plaintiff argues that the hypothetical questions posed to the vocational expert and relied upon by the ALJ are not

supported by substantial evidence.

The Court has reviewed the record and agrees with the Magistrate that the ALJ articulated sufficient reasons based on substantial evidence to conclude that Plaintiff's testimony was not credible. The Court also agrees that the ALJ was not required to give substantial weight to the opinion of Dr. Kemp, because Dr. Kemp treated Plaintiff only once. See Gibson v. Heckler, 779 F.2d 619, 623 (11th cir. 1986). Plaintiff's last argument is that the hypothetical question posed to the vocational expert at the first administrative hearing was not supported by substantial evidence. As the Magistrate points out, the Appeals Counsel remanded Plaintiff's claim after this first hearing in order to give further consideration to Plaintiff's residual functional capacity, to assess the severity of Plaintiff's mental impairment, and to obtain evidence from a vocational expert. A second administrative hearing was then held, at which the ALJ heard testimony from another vocational expert. The decision of the ALJ at the second administrative hearing was based on that testimony, and Plaintiff has not raised any argument with regard to the hypothetical questions raised at the second hearing. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED and incorporated herein.

2. The decision of the Commissioner is AFFIRMED.

**DONE AND ORDERED** this __9th__ day of February, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge